IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY D. MCCOY**                                                              **PLAINTIFF**

**V.**                      **NO. 4:20CV00749 BRW-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 21st day of May, 2021.

                                                      Billy Roy Wilson
                                                      UNITED STATES DISTRICT JUDGE