IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BILLY D. MCCOY                                                                                    PLAINTIFF

V.                              NO. 4:20CV00749 BRW-JTK

COMMISSIONER of
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 21st day of May, 2021.


                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE