IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY MCCOY**                                                                                 **PLAINTIFF**

VS.                                           **4:20-CV-00749-BRW**

**ANDREW M. SAUL**                                                         **DEFENDANT**
**Commissioner, Social Security Administration**

### ORDER

Pending is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 24). Absent noting some topographical errors, Defendant does not object.[1]

Since the hours spent by counsel were reasonable, the motion is GRANTED IN PART and Plaintiff is entitled to attorney's fees and costs of $6,703.15.

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.[2]

IT IS SO ORDERED this 30th day of June, 2021.

                                                                 Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 26.

[2] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).

1